Law Offices of Peter L. Kutrubes
Peter L. Kutrubes, SBN 176024
Stephen P. Lin, SBN 201150
1415 Oakland Boulevard, Suite 102
Walnut Creek, California 94596
Telephone: (925) 939-9600
Facsimile: (925) 256-7660

Attorneys for Plaintiff Marci Patera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCI PATERA,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association; CITIMORTGAGE, Inc., a corporation; et al., and Does 1-25,<br><br>Defendants.<br><br><br>extend | Case No.: 3:14-cv-04533-JSC<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO DISMISS AND REPLY TO SAME**<br><br><br>Date:   January 8, 2015<br>Time:  9:00 a.m.<br>Place: F, 15th Floor |

   Plaintiff MARCI PATERA ("Plaintiff") and Defendants CITIBANK, N.A. and CITIMORTGAGE, INC. ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

   1. WHEREAS, on or about December 1, 2014, Defendants filed their Motion to Dismiss Plaintiff's Complaint and all supporting documents (hereinafter "MTD");

   2. WHEREAS, the hearing date for the MTD has currently been scheduled for January 8,

1
**JOINT STIPULATION TO EXTEND DEADLINE ON RESPONSE TO MTD**

2015, at 9:00 a.m., in Courtroom F of this court, before the Honorable Magistrate Judge Jacqueline Scott Corley;

3. WHEREAS, the Response to the MTD is currently due to be filed by Plaintiff on or before Monday, December 15, 2014;

4. WHEREAS, Plaintiff's counsel has a conflict with other client work on December 15, 2014;

5. WHEREAS, Defendants' counsel and Plaintiff's counsel have agreed that extending the deadline for the filing of Plaintiff's Response to the MTD for two (2) days to accommodate Plaintiff's counsel's workload will not prejudice the rights of any of the parties or hinder the effective administration of this case.

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiff and Defendants, as follows:

1. The deadline for Plaintiff's response to the MTD shall be extended, upon the agreement and consent of the court, from December 15, 2014 to December 17, 2014;

2. Accordingly, the deadline for Defendants' Reply to Plaintiff's Response to the MTD shall be extended from December 22, 2014 to December 24, 2014.

3. The parties will, through the filing of this Joint Stipulation, petition the court for permission to extend the deadlines for Plaintiff's Response to the MTD and Defendants'

// // //

// // //

2 **JOINT STIPULATION TO EXTEND DEADLINE ON RESPONSE TO MTD DISMISS**

Reply to Plaintiff's Response to the MTD, accordingly.

DATED: 12/15/14        /s/ Stephen Lin
                      STEPHEN P. LIN, Of Counsel
                      LAW OFFICES OF PETER L. KUTRUBES
                      Attorneys for Plaintiff
                      MARCI PATERA

DATED: 12/15/2014      /s/ Cuong Nguyen
                      CUONG M. NGUYEN
                      PITE DUNCAN, LLP
                      Attorneys for Defendants
                      CITIBANK, N.A. and CITIMORTGAGE, INC.

The hearing on Defendant's Motion to Dismiss is continued to January 15, 2015 at 8:30 a.m. Plaintiff shall file their consent or declination by December 17, 2014.

Dated: December 16, 2014

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

**3 JOINT STIPULATION TO EXTEND DEADLINE ON RESPONSE TO MTD DISMISS**