PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
CUONG M. NGUYEN (SBN 248586)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile:  (619) 326-2430
E-Mail: cnguyen@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. and CITIBANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MARCI PATERA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITBANK N.A., a national banking association; CITIMORTGAGE, Inc., a corporation; et al. and Does 1-25,<br><br>    Defendants, | Case No. 3:14-cv-04533-JSC<br><br>**JOINT STIPULATION TO EXTEND DATE FOR INITIAL DISCLOSURES AND TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Hearing:<br>Date:           January 15, 2015<br>Time:          8:30 a.m.<br>Courtroom:  F, 15th Floor |

Plaintiff MARCI PATERA ("Plaintiff") and Defendants CITIMORTAGE, INC. and CITIBANK, N.A. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1.     WHEREAS, on December 24, 2014, counsels for Plaintiff and Defendants participated in a Rule 26(f) conference;

2.     WHEREAS, pursuant to Rule 26(a)(1)(C), unless otherwise stipulated by the parties or ordered by the Court, initial disclosures are due within 14 days of the Rule 26(f) conference, or January 7, 2014;

3.     WHEREAS, the hearing on Defendants' Motion to Dismiss the Complaint ("MTD") is currently scheduled for January 15, 2015;

1      4.      WHEREAS, due to the volume of documents and due to the Holidays, Defendants will need more than 14 days to complete their initial disclosures; and

     5.      WHEREAS, Plaintiff will agree to extending the initial disclosure date, however, would like to review any initial disclosure at least 14 days in advance of the hearing on the MTD.

     IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiff and Defendants, as follows:

     1.      The deadline for the parties to make initial disclosures under Rule 26 shall be extended, from January 7, 2014 to January 21, 2014; and

     2.      The hearing on the MTD, should be accordingly continued, upon agreement and consent of the Court, from January 15, 2015 to February 5, 2015;

     3.      The parties will, through the filing of this Joint Stipulation, petition the Court for permission to continue the hearing on the MTD.

Respectfully submitted,

LAW OFFICES OF PETER L. KUTRUBES

Dated: January 7, 2015      By:    /s/ Peter Kutrubes

PETER L. KUTRUBES
STEPHEN P. LIN, Of Counsel
Attorneys for Plaintiff MARCI PATERA

PITE DUNCAN, LLP

Dated: January 7, 2015      By:    /s/ Cuong Nguyen

CHRISTOPHER L. PETERSON
CUONG M. NGUYEN
Attorneys for Defendants CITIMORTGAGE, INC. and CITIBANK, N.A.

Plaintiff shall file consent or declination to the Court's jurisdiction by January 15, 2015

Dated: 1/8/2015

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA