Law Offices of Peter L. Kutrubes
Peter L. Kutrubes, SBN 176024
1415 Oakland Boulevard, Suite 102
Walnut Creek, California 94596
Telephone: (925) 939-9600
Facsimile: (925) 256-7660

Attorneys for Plaintiff Marci Patera

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCI PATERA<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., a national banking association; CITIMORTGAGE, Inc., a corporation; *et al*. and Does 1-25,<br><br>Defendants. | Case No.: 3:14-cv-04533-JSC<br><br>**JOINT STIPULATION TO EXTEND DATE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff MARCI PATERA ("Plaintiff") and Defendants CITIMORTAGE, INC. and CITIBANK, N.A. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1.	WHEREAS, on February 5, 2015, the court conveyed ruling on Defendants' motion to dismiss;

2.	WHEREAS, in that ruling, Plaintiff was given until February 26, 2015 to file her first amended complaint;

3.	WHEREAS, on Thursday, February 12, 2015, Plaintiff acting upon her own, filed

JOINT STIPULATION TO EXTEND DATE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT-1

a motion to relieve her own counsel and to extend her time to file the First Amended Complaint by 60 days;

4.      WHEREAS, on or about Wednesday, February 11, 2015 and again on Friday, February 13, 2015, Defendants' counsel offered to stipulate with Plaintiff a thirty (30) day extension.

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiff and Defendants, as follows:

1.      The deadline for Plaintiff to file her First Amended Complaint should be continued to March 28, 2015, upon the agreement and consent of the Court.

Respectfully submitted,

LAW OFFICES OF PETER L. KUTRUBES

Dated: February 18, 2015

By:   */s/ Peter Kutrubes*

PETER L. KUTRUBES
STEPHEN P. LIN, Of Counsel
Attorneys for Plaintiff MARCI PATERA

PITE DUNCAN, LLP

Dated: February 18, 2015

By:   */s/ Cuong Nguyen*

CHRISTOPHER L. PETERSON
CUONG M. NGUYEN
Attorneys for Defendants CITIMORTGAGE, INC. and CITIBANK, N.A.

Dated: 2/19/2015   *Jacqueline S. Corley*

JOINT STIPULATION TO EXTEND DATE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT-2