UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCI PATERA,<br>　　　　　Plaintiff,<br>　　　v.<br>CITIBANK, N.A., et al.,<br>　　　　　Defendants. | Case No.　16-cv-02937-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

　　　　Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Jacqueline Scott Corley to determine whether it is related to *Patera v. Citibank, N.A., et al.*, Case No. 14-cv-04533-JSC.

　　　　**IT IS SO ORDERED**.

Dated: July 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge